# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Management Services Group, Inc. dba ) | ASBCA Nos. 60794, 60795 |
| Global Technical Systems ) | |
| ) | |
| Under Contract Nos. H92222-05-C-0016 ) | |
| N00174-07-D-0021 ) | |

APPEARANCE FOR THE APPELLANT:            Richard B. O'Keeffe, Jr., Esq.
                                         Wiley Rein LLP
                                         Washington, DC

APPEARANCES FOR THE GOVERNMENT:          E. Michael Chiaparas, Esq.
                                         DCMA Chief Trial Attorney
                                         Robert L. Duecaster, Esq.
                                         Trial Attorney
                                         Defense Contract Management Agency
                                         Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 2 March 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60794, 60795, Appeals of Management Services Group, Inc. dba Global Technical Systems, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals